**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: ISAACSON IMPLEMENT COMPANY, INC.                      Case No. 17-30382
                                                             Chapter   7
_____,
                    Debtor

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 10, 2017. The undersigned trustee was appointed on May 08, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          680,713.72

   Funds were disbursed in the following amounts:

   Payments made under an
      interim distribution                                        499,935.61
   Administrative expenses                                        112,338.45
   Bank service fees                                                1,402.00
   Other payments to creditors                                          0.00
   Non-estate funds paid to 3rd Parties                                 0.00
   Exemptions paid to the debtor                                        0.00
   Other payments to the debtor                                         0.00

   Leaving a balance on hand of[1]         $           67,037.66

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/30/2017 and the deadline for filing governmental claims was 08/30/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,160.04. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,160.04, for a total compensation of $7,160.04.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $1,285.78, for total expenses of $1,285.78.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/02/2018          By: /s/Mary Jo A. Jensen-Carter
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30382  
**Case Name:** ISAACSON IMPLEMENT COMPANY, INC.

**Trustee:** (430110) Mary Jo A. Jensen-Carter  
**Filed (f) or Converted (c):** 05/08/17 (c)  
**§341(a) Meeting Date:** 06/01/17  
**Claims Bar Date:** 08/30/17

**Period Ending:** 11/02/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 Security State Bank of Kenyon - Checking | 807.09 | 2,314.64 | | 2,314.64 | FA |
| 2 Lake Country Community Bank - Savings (closed during Chapter 11) | 411.33 | 0.00 | | 0.00 | FA |
| 3 Accounts receivable | 29,338.26 | 261.80 | | 261.80 | FA |
| 4 Accounts receivable - over 90 days | 3,463.44 | 0.00 | | 0.00 | FA |
| 5 Trimble inventory | 352,149.59 | 0.00 | | 0.00 | FA |
| 6 Company vehicles, trailers and forklifts | 360,000.00 | 0.00 | | 0.00 | FA |
| 7 Company signs AGCO, Versatile, Kinze | 16,000.00 | 0.00 | | 0.00 | FA |
| 8 Special tools for shop - AGCO | 111,950.00 | 0.00 | | 0.00 | FA |
| 9 Tires and wheels | 34,815.00 | 0.00 | | 0.00 | FA |
| 10 New equipment - ALL BRANDS | 37,075.00 | 0.00 | | 0.00 | FA |
| 11 New parts - ALL BRANDS | 801,288.03 | 0.00 | | 0.00 | FA |
| 12 Used parts | 46,890.00 | 0.00 | | 0.00 | FA |
| 13 Used machinery  We only get commission on $20,000 | 1,212,399.00 | 20,000.00 | | 378,049.71 | FA |
| 14 Used machinery on floor plan | 705,102.57 | 0.00 | | 0.00 | FA |
| 15 New machinery on floor plan | 514,632.40 | 0.00 | | 0.00 | FA |
| 16 Post conversion sales and petty cash (u) | 5,960.13 | 5,960.13 | | 5,960.13 | FA |
| 17 Bremer Bank's contribution to admin expenses (u) | 326.50 | 326.50 | | 326.50 | FA |
| 18 2014 GMC Sierra (u)  We get commission on the full amount | 21,647.81 | 21,647.81 | | 21,647.81 | FA |
| 19 Real estate - Parcel #1 (u) | 56,180.00 | 1,000.00 | | 56,180.00 | FA |
| 20 Landoll Haul All Implement Trailer (u)  We only get commission on $7,000 | 31,213.13 | 7,000.00 | | 31,213.13 | FA |
| 21 Real estate - Parcel #2 (u) | 24,380.00 | 1,000.00 | | 24,380.00 | FA |
| 22 Real estate - Parcel #3 (u) | 121,370.00 | 1,000.00 | | 121,370.00 | FA |
| 23 Real estate - Parcel #4 (u) | 23,320.00 | 2,000.00 | | 23,320.00 | FA |
| 24 DIP Operating account at Bremer | 21,598.77 | 2,500.00 | | 2,500.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30382  
**Case Name:** ISAACSON IMPLEMENT COMPANY, INC.

**Period Ending:** 11/02/18

**Trustee:** (430110) Mary Jo A. Jensen-Carter  
**Filed (f) or Converted (c):** 05/08/17 (c)  
**§341(a) Meeting Date:** 06/01/17  
**Claims Bar Date:** 08/30/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Real estate - Parcel #5 - Osmundson land (u) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 26 | Settlement regarding debtor's attorney fees (u) | 5,518.00 | 5,518.00 | | 5,518.00 | FA |
| 27 | Refund from Hibu (formerly known as Yellowbook) (u) | 172.00 | 172.00 | | 172.00 | FA |
| 28 | Remnant Assets (u)<br>    Lien: Bremer Bank - $2,000 | 6,000.00 | 4,000.00 | | 6,000.00 | FA |
| 29 | DIP AGCO account at Bremer Bank | 164,790.00 | 0.00 | | 0.00 | FA |
| 30 | DIP TCF account | 0.00 | 0.00 | | 0.00 | FA |
| 31 | DIP Bremer Collateral Account | 0.00 | 0.00 | | 0.00 | FA |
| 31 | **Assets**   **Totals** (Excluding unknown values) | **$4,710,298.05** | **$76,200.88** | | **$680,713.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

    FINAL ACCOUNT BEFORE DISTRIBUTION 11-2-18

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018        **Current Projected Date Of Final Report (TFR):**   November 2, 2018  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-30382 | Trustee: | Mary Jo A. Jensen-Carter (430110) |
| --- | --- | --- | --- |
| Case Name: | ISAACSON IMPLEMENT COMPANY, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******8266 - Checking Account |
| Taxpayer ID #: | **-***7265 | Blanket Bond: | $26,510,000.00  (per case limit) |
| Period Ending: | 11/02/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/10/17 | {16} | DARRELL A. PLESCHOURT | POST CONVERSION SALE | 1229-000 | 158.11 | | 158.11 |
| 05/10/17 | {16} | ISAACSON IMPLEMENT COMPANY, INC. | CASH REGISTER AND PETTY CASH FUNDS | 1229-000 | 266.25 | | 424.36 |
| 05/12/17 | {16} | ISAACSON IMPLEMENT COMPANY, INC. | PETTY CASH | 1229-000 | 123.48 | | 547.84 |
| 05/12/17 | {16} | MARTIN SHROYER | POST CONVERSION SALES | 1229-000 | 137.81 | | 685.65 |
| 05/12/17 | {16} | DONALD & BETH HOLMES | POST CONVERSION SALES | 1229-000 | 1,376.79 | | 2,062.44 |
| 05/12/17 | {16} | ROGER & JEANNIE HERRICK | POST CONVERSION SALES | 1229-000 | 1,926.10 | | 3,988.54 |
| 05/12/17 | {16} | RICK & DAWN VAN ZUILEN | POST CONVERSION SALES | 1229-000 | 1,971.59 | | 5,960.13 |
| 05/12/17 | {3} | CHARLES & TERESA NIEBUR | ACCOUNTS RECEIVABLE | 1121-000 | 261.80 | | 6,221.93 |
| 05/12/17 | 101 | ALMEN'S GLASS & LOCK | INVOICE NO. 31611 | 2420-000 | | 397.02 | 5,824.91 |
| 05/16/17 | {1} | SECURITY STATE BANK | BANK ACCOUNT BALANCE | 1129-000 | 2,314.64 | | 8,139.55 |
| 05/26/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/26/2017 FOR CASE #17-30382, BOND # 016018055 | 2300-000 | | 2.81 | 8,136.74 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,126.74 |
| 06/27/17 | 103 | FedEx | INVOICE NO. 5-841-22635; ACCOUNT NO. 1337-3101-6 | 2990-000 | | 35.27 | 8,091.47 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.68 | 8,079.79 |
| 07/19/17 | 104 | Xcel Energy | Account No. 51-5150928-3 | 2990-000 | | 653.00 | 7,426.79 |
| 07/20/17 | {17} | STEIN & MOORE, P.A. | BREMER BANK'S CONTRIBUTION TO ADMINISTRATIVE EXPENSES~ | 1229-000 | 326.50 | | 7,753.29 |
| 07/31/17 | 105 | FedEx | INVOICE NO. 5-877-86378; ACCOUNT NO. 1337-3101-6 | 2990-000 | | 22.50 | 7,730.79 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.27 | 7,719.52 |
| 08/17/17 | 106 | LAND TITLE, INC. | INVOICE NO. 36111 | 2500-000 | | 113.00 | 7,606.52 |
| 08/30/17 | 107 | Xcel Energy | Account No. 51-5150928-3 | 2990-000 | | 654.21 | 6,952.31 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.19 | 6,940.12 |
| 09/07/17 | | HENSLIN AUCTIONS, INC. | 2014 GMC SIERRA | | 18,920.00 | | 25,860.12 |
| | {18} | HENSLIN AUCTIONS, INC. | 2014 GMC SIERRA            21,500.00 | 1229-000 | | | 25,860.12 |
| | | HENSLIN AUCTIONS, INC. | COMMISSION                -2,580.00 | 3610-000 | | | 25,860.12 |
| 09/07/17 | | HENSLIN AUCTIONS, INC. | LANDOLL HAUL ALL IMPLEMENT TRAILER | | 27,280.00 | | 53,140.12 |
| | {20} | HENSLIN AUCTIONS, INC. | LANDOLL HAUL ALL     31,000.00 IMPLEMENT TRAILER | 1229-000 | | | 53,140.12 |
| | | HENSLIN AUCTIONS, INC. | COMMISSION                -3,720.00 | 3610-000 | | | 53,140.12 |
| 09/07/17 | | HENSLIN AUCTIONS, INC. | MACHINERY | | 300,193.18 | | 353,333.30 |
| | {13} | HENSLIN AUCTIONS, INC. | MACHINERY           365,384.50 | 1129-000 | | | 353,333.30 |

Subtotals :          $355,256.25          $1,922.95

{} Asset reference(s)

Printed: 11/02/2018 12:43 PM     V.14.14

Exhibit B

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-30382  
**Case Name:** ISAACSON IMPLEMENT COMPANY, INC.  
**Taxpayer ID #:** **-***7265  
**Period Ending:** 11/02/18

**Trustee:** Mary Jo A. Jensen-Carter (430110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $26,510,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | HENSLIN AUCTIONS, INC. | COMMISSION | -43,846.14 | 3610-000 | | | 353,333.30 |
| | | HENSLIN AUCTIONS, INC. | EXPENSES | -21,345.18 | 3620-000 | | | 353,333.30 |
| 09/11/17 | | HENSLIN AUCTIONS, INC. | SALES TAX ON AUCTION SALE | | | 13,026.15 | | 366,359.45 |
| | {20} | | SALES TAX | 213.13 | 1229-000 | | | 366,359.45 |
| | {18} | | SALES TAX | 147.81 | 1229-000 | | | 366,359.45 |
| | {13} | | SALES TAX | 12,665.21 | 1129-000 | | | 366,359.45 |
| 09/11/17 | 108 | FedEx | INVOICE NO. 5-921-26122; ACCOUNT NO. 1337-3101-6 | | 2990-000 | | 25.39 | 366,334.06 |
| 09/12/17 | 109 | BREMER BANK | SECURITY INTEREST IN AUCTION PROCEEDS | | 4210-002 | | 300,473.18 | 65,860.88 |
| 09/13/17 | 110 | Buckley & Jensen | Certificate of Service fees June 23, 2017 through August 21, 2017 | | 2990-000 | | 1,893.36 | 63,967.52 |
| 09/14/17 | 111 | MINNESOTA REVENUE | SALES TAX ON AUCTION | | 2820-000 | | 13,026.00 | 50,941.52 |
| 09/20/17 | | LAND TITLE | REAL ESTATE - PARCEL #1 | | | 50,709.37 | | 101,650.89 |
| | {19} | LAND TITLE | REAL ESTATE - PARCEL #1 | 56,180.00 | 1210-000 | | | 101,650.89 |
| | | HENSLIN REAL ESTATE AND LAND, LLC | BUYER'S PREMIUM | -3,180.00 | 3610-000 | | | 101,650.89 |
| | | RICE COUNTY | PROPERTY TAX | -1,465.24 | 2820-000 | | | 101,650.89 |
| | | LAND TITLE | CLOSING COSTS | -825.39 | 2500-000 | | | 101,650.89 |
| 09/20/17 | | LAND TITLE | REAL ESTATE - PARCEL #2 | | | 20,769.48 | | 122,420.37 |
| | {21} | LAND TITLE | REAL ESTATE - PARCEL #2 | 24,380.00 | 1210-000 | | | 122,420.37 |
| | | HENSLIN REAL ESTATE AND LAND, LLC | BUYER'S PREMIUM | -1,380.00 | 3610-000 | | | 122,420.37 |
| | | RICE COUNTY | PROPERTY TAX | -1,510.07 | 2820-000 | | | 122,420.37 |
| | | LAND TITLE | CLOSING COSTS | -720.45 | 2500-000 | | | 122,420.37 |
| 09/20/17 | | LAND TITLE | REAL ESTATE - PARCEL #3 | | | 110,515.08 | | 232,935.45 |
| | {22} | LAND TITLE | REAL ESTATE - PARCEL #3 | 121,370.00 | 1210-000 | | | 232,935.45 |
| | | HENSLIN REAL ESTATE AND LAND, LLC | BUYER'S PREMIUM | -6,870.00 | 3610-000 | | | 232,935.45 |
| | | RICE COUNTY | PROPERTY TAX | -2,944.40 | 2820-000 | | | 232,935.45 |
| | | LAND TITLE | CLOSING COSTS | -1,040.52 | 2500-000 | | | 232,935.45 |
| 09/20/17 | | LAND TITLE | REAL ESTATE - PARCEL #4 | | | 20,468.50 | | 253,403.95 |
| | {23} | LAND TITLE | REAL ESTATE - PARCEL #4 | 23,320.00 | 1210-000 | | | 253,403.95 |
| | | HENSLIN REAL ESTATE AND | BUYER'S PREMIUM | -1,320.00 | 3610-000 | | | 253,403.95 |

Subtotals :  $215,488.58   $315,417.93

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 17-30382 | | Trustee: | Mary Jo A. Jensen-Carter (430110) |
|---|---|---|---|---|
| Case Name: | ISAACSON IMPLEMENT COMPANY, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8266 - Checking Account |
| Taxpayer ID #: | **-***7265 | | Blanket Bond: | $26,510,000.00  (per case limit) |
| Period Ending: | 11/02/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | LAND, LLC | | | | | |
| | | RICE COUNTY | PROPERTY TAX    -814.54 | 2820-000 | | | 253,403.95 |
| | | LAND TITLE | CLOSING COSTS    -716.96 | 2500-000 | | | 253,403.95 |
| 09/28/17 | 112 | BREMER BANK | AMOUNT DUE TO BANK FROM SALE OF REAL ESTATE PARCELS 1 - 4 | 4110-002 | | 197,462.43 | 55,941.52 |
| 09/29/17 | {24} | BREMER BANK | DEBTOR IN POSSESSION ACCOUNT AT BREMER | 1129-000 | 2,500.00 | | 58,441.52 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 241.78 | 58,199.74 |
| 10/10/17 | {25} | DETTLING BULK MILK HAULING | REAL ESTATE - PARCEL #5 | 1210-000 | 1,500.00 | | 59,699.74 |
| 10/13/17 | 113 | BUCKLEY & JENSEN | Certified copies from Bankruptcy Court (9-15-17 to 9-21-17) | 2990-000 | | 234.50 | 59,465.24 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.60 | 59,346.64 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.35 | 59,261.29 |
| 12/04/17 | {26} | LAPP LIBRA THOMSON STOEBNER PUSCH | SETTLEMENT OF DEBTOR'S ATTORNEYS FEES | 1229-000 | 5,518.00 | | 64,779.29 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.48 | 64,690.81 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.35 | 64,588.46 |
| 02/02/18 | {27} | HIBU, INC. | REFUND OF CREDIT BALANCE | 1229-000 | 172.00 | | 64,760.46 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.89 | 64,673.57 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.02 | 64,580.55 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.79 | 64,490.76 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.04 | 64,388.72 |
| 06/06/18 | 114 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2018 FOR CASE #17-30382, BOND NUMBER 016018054 | 2300-000 | | 20.54 | 64,368.18 |
| 06/11/18 | 115 | Buckley & Jensen | Court filing Fee for Docket #142 and Certificate of Service fees for Docket #143 | 2990-000 | | 334.96 | 64,033.22 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.25 | 63,943.97 |
| 07/03/18 | {28} | OAK POINT PARTNERS | REMNANT ASSETS | 1229-000 | 6,000.00 | | 69,943.97 |
| 07/09/18 | 116 | BREMER BANK, N.A. | SECURED LIEN ON THE REMNANT ASSETS | 4210-000 | | 2,000.00 | 67,943.97 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.58 | 67,838.39 |
| 08/20/18 | 117 | MINNESOTA REVENUE | EIN 41-0947265, FORM M8, 12/31/17 | 2820-000 | | 647.00 | 67,191.39 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.78 | 67,089.61 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.95 | 67,037.66 |

Subtotals :    $15,690.00    $202,056.29

{} Asset reference(s)

Printed: 11/02/2018 12:43 PM    V.14.14

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 17-30382 | | **Trustee:** | Mary Jo A. Jensen-Carter (430110) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ISAACSON IMPLEMENT COMPANY, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******8266 - Checking Account |
| **Taxpayer ID #:** | **-***7265 | | **Blanket Bond:** | $26,510,000.00  (per case limit) |
| **Period Ending:** | 11/02/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 586,434.83 | 519,397.17 | $67,037.66 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 586,434.83 | 519,397.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$586,434.83** | **$519,397.17** | |

|  |  |
| --- | ---: |
| Net Receipts : | 586,434.83 |
| Plus Gross Adjustments : | 94,278.89 |
| Less Other Noncompensable Items : | 497,935.61 |
| Net Estate : | $182,778.11 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******8266** | 586,434.83 | 519,397.17 | 67,037.66 |
| | **$586,434.83** | **$519,397.17** | **$67,037.66** |

{} Asset reference(s)    Printed: 11/02/2018 12:43 PM    V.14.14

Printed: 11/02/18 12:43 PM               **Exhibit C**                               Page: 1

## Case: 17-30382    ISAACSON IMPLEMENT COMPANY, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Secured Claims:** | | | | | | | | |
| A | 05/08/17 | 100 | BREMER BANK, N.A.<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| | | | **Priority 100:   100% Paid** | | | | | |
| 6S | 03/03/17 | 999 | AGCO Corp<br>c/o Sarah E Doerr Esq<br>Moss & Barnett,150 S 5th St Ste 1200<br>Minneapolis, MN 55402<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 1,506,805.06 | 1,506,805.06 | 0.00 | 1,506,805.06 | 0.00 |
| 11 | 04/28/17 | 999 | US Bank NA<br>dba US Bank Equipment Finance<br>1310 Madrid St<br>Marshall, MN 56258<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 1,808.19 | 1,808.19 | 0.00 | 1,808.19 | 0.00 |
| 36 | 08/23/17 | 999 | Bank of The West<br>475 Sansome Street 19th Floor<br>San Francisco, CA 94111<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)> | 5,704.29 | 5,704.29 | 0.00 | 5,704.29 | 0.00 |
| | | | **Total for Priority 999:    0% Paid** | **$1,514,317.54** | **$1,514,317.54** | **$0.00** | **$1,514,317.54** | **$0.00** |
| | | | **Total for Secured Claims:** | **$1,516,317.54** | **$1,516,317.54** | **$2,000.00** | **$1,514,317.54** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 05/08/17 | 200 | Mary Jo A. Jensen-Carter<br>1257 Gun Club Road<br>White Bear Lake, MN 55110<br><2200-00   Trustee Expenses> | 1,285.78 | 1,285.78 | 0.00 | 1,285.78 | 1,285.78 |
| | 05/08/17 | 200 | BUCKLEY & JENSEN<br>1257 GUN CLUB ROAD<br>WHITE BEAR LAKE, MN 55110<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 32,861.50 | 32,861.50 | 0.00 | 32,861.50 | 32,861.50 |
| | 05/08/17 | 200 | HENSLIN AUCTIONS, INC.<br>PO BOX 508<br>BIRD ISLAND, MN 55310<br><3610-00   Auctioneer for Trustee Fees (including buyers premiums)> | 50,146.14 | 50,146.14 | 50,146.14 | 0.00 | 0.00 |
| | 05/08/17 | 200 | DAWN R. DETTLING, CPA<br>215 NORTH YORK STREET<br>CANNON FALLS, MN 55009<br><3410-00   Accountant for Trustee Fees (Other Firm)> | 3,325.00 | 3,325.00 | 0.00 | 3,325.00 | 3,325.00 |
| | 05/08/17 | 200 | HENSLIN REAL ESTATE AND LAND, LLC<br>PO BOX 508<br>BIRD ISLAND, MN 55310<br><3610-00   Auctioneer for Trustee Fees (including buyers premiums)> | 12,750.00 | 12,750.00 | 12,750.00 | 0.00 | 0.00 |

Printed: 11/02/18 12:43 PM  **Exhibit C**  Page: 2

### Case: 17-30382   ISAACSON IMPLEMENT COMPANY, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
|  | 05/08/17 | 200 | HENSLIN AUCTIONS, INC.<br>PO BOX 508<br>BIRD ISLAND, MN 55310<br><3620-00  Auctioneer for Trustee Expenses> | 21,345.18 | 21,345.18 | 21,345.18 | 0.00 | 0.00 |
|  | 05/08/17 | 200 | Mary Jo A. Jensen-Carter<br>1257 Gun Club Road<br>White Bear Lake, MN 55110<br><2100-00  Trustee Compensation> | 7,160.04 | 7,160.04 | 0.00 | 7,160.04 | 7,160.04 |
|  | 03/15/18 | 200 | U.S. Trustee<br>300 South Fourth Street<br>Suite 1015<br>Minneapolis, MN 55415<br><2950-00  U.S. Trustee Quarterly Fees> | 650.00 | 650.00 | 0.00 | 650.00 | 650.00 |
|  |  |  | **Total for Priority 200:   100% Paid** | **$129,523.64** | **$129,523.64** | **$84,241.32** | **$45,282.32** | **$45,282.32** |
|  |  |  | **Total for Admin Ch.  7 Claims:** | **$129,523.64** | **$129,523.64** | **$84,241.32** | **$45,282.32** | **$45,282.32** |

**Admin Ch. 11 Claims:**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
|  | 05/08/17 | 300 | LAPP LIBRA THOMSON STOEBNER<br>& PUSCH<br>120 SIXTH STREET SOUTH, SUITE 2500<br>MINNEAPOLIS, MN 55402<br><6210-16  Attorney for D-I-P Fees (Chapter 11)><br>[See Docket No. 137] | 16,717.00 | 16,717.00 | 0.00 | 16,717.00 | 7,373.00 |
|  | 05/15/17 | 300 | Curts Truck / Diesel<br>370 24th Ave. NW<br>Owatonna, MN 55060<br><6910-00  Trade Debt (Chapter 11)> | 663.50 | 663.50 | 0.00 | 663.50 | 292.64 |
|  | 05/15/17 | 300 | Pantheon Computer Systems<br>207 N. State Street<br>Waseca, MN 56093<br><6910-00  Trade Debt (Chapter 11)> | 837.53 | 837.53 | 0.00 | 837.53 | 369.39 |
|  | 05/15/17 | 300 | Ziegler Inc.<br>901 West 94th Street<br>Minneapolis, MN 55420-4299<br><6910-00  Trade Debt (Chapter 11)> | 1,595.15 | 1,595.15 | 0.00 | 1,595.15 | 703.54 |
|  | 05/17/17 | 300 | Gerlach Service<br>7473 Lamar Ave. S.<br>Cottage Grove, MN 55016<br><6910-00  Trade Debt (Chapter 11)> | 18,899.50 | 18,899.50 | 0.00 | 18,899.50 | 8,335.57 |
|  | 05/22/17 | 300 | CenturyLink Communications LLC<br>931 14th St Ste 900<br>Denver, CO 80202<br><6910-00  Trade Debt (Chapter 11)> | 57.46 | 57.46 | 0.00 | 57.46 | 25.34 |

Printed: 11/02/18 12:43 PM          **Exhibit C**          Page: 3

### Case: 17-30382   ISAACSON IMPLEMENT COMPANY, INC.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
|  | 05/23/17 | 300 | S1 Dist. Inc.<br>13540 Spencerville Rd.<br>Spencerville, OH 45887<br>&lt;6910-00   Trade Debt (Chapter 11)&gt; | 700.94 | 700.94 | 0.00 | 700.94 | 309.15 |
|  | 05/23/17 | 300 | Tim Howie<br>11395 Lamb Avenue<br>Dennison, MN 55018<br>&lt;6910-00   Trade Debt (Chapter 11)&gt; | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 | 882.09 |
|  | 05/24/17 | 300 | Praxair Distribution Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 361345<br>Columbus, OH 43236<br>&lt;6910-00   Trade Debt (Chapter 11)&gt; | 4,327.39 | 4,327.39 | 0.00 | 4,327.39 | 1,908.58 |
|  | 06/16/17 | 300 | QWEST CORP<br>CENTURYLINK COMMUNICATIONS - BANKRUPTCY<br>220 N. 5TH STREET<br>BISMARCK, ND 58501<br>&lt;6910-00   Trade Debt (Chapter 11)&gt; | 482.70 | 482.70 | 0.00 | 482.70 | 212.89 |
|  | 06/20/17 | 300 | The Parts Depot<br>PO Box 92<br>Chilton, WI 53014<br>&lt;6910-00   Trade Debt (Chapter 11)&gt; | 2,735.41 | 2,735.41 | 0.00 | 2,735.41 | 1,206.45 |
|  | 07/24/17 | 300 | Frontier Communications<br>Bankruptcy Dept<br>19 John St<br>Middletown, NY 10940<br>&lt;6910-00   Trade Debt (Chapter 11)&gt; | 293.76 | 293.76 | 0.00 | 293.76 | 129.56 |
|  | 08/07/17 | 300 | Meyer Manufacturing Corp<br>574 W Center Ave<br>PO Box 405<br>Dorchester, WI 54425<br>&lt;6910-00   Trade Debt (Chapter 11)&gt; | 16.18 | 16.18 | 0.00 | 16.18 | 7.14 |
|  |  |  | **Total for Priority 300:   44.10475% Paid** | **$49,326.52** | **$49,326.52** | **$0.00** | **$49,326.52** | **$21,755.34** |
|  |  |  | **Total for Admin Ch. 11 Claims:** | **$49,326.52** | **$49,326.52** | **$0.00** | **$49,326.52** | **$21,755.34** |

**Priority Claims:**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 33P | 08/01/17 | 540 | Bradley Watson<br>10344 Eagle Ave<br>Clear Lake, IA 50402<br>&lt;5600-00   Deposits&gt; | 2,850.00 | 2,850.00 | 0.00 | 2,850.00 | 0.00 |
| 34 | 08/03/17 | 540 | Robert Scherger<br>61895 205th Ave<br>Dodge Center, MN 55927<br>&lt;5600-00   Deposits&gt; | 1,560.16 | 1,560.16 | 0.00 | 1,560.16 | 0.00 |

Printed: 11/02/18 12:43 PM                              **Exhibit C**                                 Page: 4

### Case: 17-30382   ISAACSON IMPLEMENT COMPANY, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 38P | 09/06/17 | 540 | Jim Hartson<br>59931 - 300th Street<br>Waltham, MN 55482<br><5600-00   Deposits> | 2,850.00 | 2,850.00 | 0.00 | 2,850.00 | 0.00 |
| | | | **Total for Priority 540:   0% Paid** | **$7,260.16** | **$7,260.16** | **$0.00** | **$7,260.16** | **$0.00** |
| 3P | 02/23/17 | 570 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><5800-00   Claims of Governmental Units> | 267,816.42 | 267,816.42 | 0.00 | 267,816.42 | 0.00 |
| 5 | 02/27/17 | 570 | State of Minnesota<br>Dept of Revenue<br>PO Box 64447 BKY<br>St Paul, MN 55164-0447<br><5800-00   Claims of Governmental Units><br>Claim was withdrawn - [See Docket #39] | 161.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 570:   0% Paid** | **$267,977.42** | **$267,816.42** | **$0.00** | **$267,816.42** | **$0.00** |
| | | | **Total for Priority Claims:** | **$275,237.58** | **$275,076.58** | **$0.00** | **$275,076.58** | **$0.00** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 1 | 02/22/17 | 610 | Geringhoff Dist., LLC<br>3405 Energy Dr.<br>Saint Cloud, MN 56304<br><7100-00   General Unsecured § 726(a)(2)> | 8,353.60 | 8,353.60 | 0.00 | 8,353.60 | 0.00 |
| 2 | 02/22/17 | 610 | Judd, Ostermann & Demro, Ltd.<br>2209 Bard Ave.<br>Faribault, MN 55021<br><7100-00   General Unsecured § 726(a)(2)> | 13,176.67 | 13,176.67 | 0.00 | 13,176.67 | 0.00 |
| 3U | 02/23/17 | 610 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7100-00   General Unsecured § 726(a)(2)> | 60,903.39 | 60,903.39 | 0.00 | 60,903.39 | 0.00 |
| 4 | 02/24/17 | 610 | Herschel<br>1301 N. 14th St.<br>Indianola, IA 50125<br><7100-00   General Unsecured § 726(a)(2)> | 4,817.51 | 4,817.51 | 0.00 | 4,817.51 | 0.00 |
| 6U | 03/03/17 | 610 | AGCO Corp<br>c/o Sarah E Doerr Esq<br>Moss & Barnett,150 S 5th St Ste 1200<br>Minneapolis, MN 55402<br><7100-00   General Unsecured § 726(a)(2)> | 4,825.48 | 4,825.48 | 0.00 | 4,825.48 | 0.00 |
| 7 | 03/14/17 | 610 | RC&A Hart Farms<br>Dunlap & Seeger PA<br>30 - 3rd St SE Ste 400<br>Rochester, MN 55904<br><7100-00   General Unsecured § 726(a)(2)> | 47,700.00 | 47,700.00 | 0.00 | 47,700.00 | 0.00 |

Printed: 11/02/18 12:43 PM                     **Exhibit C**                                 Page: 5

### Case: 17-30382   ISAACSON IMPLEMENT COMPANY, INC.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 8 | 03/16/17 | 610 | Montag Manufacturing<br>3816 461st Avenue<br>Emmetsburg, IA 50536<br><7100-00   General Unsecured § 726(a)(2)> | 10,601.98 | 10,601.98 | 0.00 | 10,601.98 | 0.00 |
| 9 | 03/24/17 | 610 | Wells Fargo Payment Remittance Ctr<br>PO Box 51174<br>Los Angeles, CA 90051<br><7100-00   General Unsecured § 726(a)(2)> | 7,087.97 | 7,087.97 | 0.00 | 7,087.97 | 0.00 |
| 10 | 04/25/17 | 610 | Power Distributors LLC<br>810 SE Corporate Woods Dr<br>Ankeny, IA 50021<br><7100-00   General Unsecured § 726(a)(2)> | 3,650.92 | 3,650.92 | 0.00 | 3,650.92 | 0.00 |
| 13 | 05/15/17 | 610 | Pantheon Computer Systems<br>207 N. State Street<br>Waseca, MN 56093<br><7100-00   General Unsecured § 726(a)(2)> | 1,716.37 | 1,716.37 | 0.00 | 1,716.37 | 0.00 |
| 14 | 05/15/17 | 610 | Ziegler, Inc.<br>901 West 94th Street<br>Minneapolis, MN 55420-4299<br><7100-00   General Unsecured § 726(a)(2)><br>Claim was withdrawn - [See Docket #60] | 1,595.15 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 | 05/15/17 | 610 | Ag Express Electronics<br>6280 NE 14th St.<br>Des Moines, IA 50313<br><7100-00   General Unsecured § 726(a)(2)> | 379.49 | 379.49 | 0.00 | 379.49 | 0.00 |
| 17 | 05/16/17 | 610 | Herschel<br>1301 N. 14th St.<br>Indianola, IA 50125<br><7100-00   General Unsecured § 726(a)(2)> | 4,817.51 | 4,817.51 | 0.00 | 4,817.51 | 0.00 |
| 18 | 05/16/17 | 610 | Edney Distributing Company, Inc.<br>PO Box 1236<br>Lakeville, MN 55044<br><7100-00   General Unsecured § 726(a)(2)> | 237.02 | 237.02 | 0.00 | 237.02 | 0.00 |
| 21 | 05/22/17 | 610 | CenturyLink Communications LLC<br>931 14th St Ste 900<br>Denver, CO 80202<br><7100-00   General Unsecured § 726(a)(2)> | 482.70 | 482.70 | 0.00 | 482.70 | 0.00 |
| 25 | 05/25/17 | 610 | Bremer Bank, National Association<br>c/o Stein & Moore, P.A.<br>332 Minnesota Street<br>St. Paul, MN 55101<br><7100-00   General Unsecured § 726(a)(2)><br>* | 1,234,774.86 | 1,234,774.86 | 0.00 | 1,234,774.86 | 0.00 |
| 26 | 05/30/17 | 610 | NTS Tire Supply, LLC<br>631 W. Bridge St.<br>Redwood Falls, MN 56283<br><7100-00   General Unsecured § 726(a)(2)> | 3,120.90 | 3,120.90 | 0.00 | 3,120.90 | 0.00 |

Printed: 11/02/18 12:43 PM  **Exhibit C**  Page: 6

**Case: 17-30382   ISAACSON IMPLEMENT COMPANY, INC.**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 27 | 06/01/17 | 610 | Wells Fargo Commercial Finance<br>5595 Trillium Blvd<br>Hoffman Estates, IL 60192<br><7100-00   General Unsecured § 726(a)(2)> | 9,687.00 | 9,687.00 | 0.00 | 9,687.00 | 0.00 |
| 28 | 06/06/17 | 610 | Richard Gabbert<br>715 Central Ave Apt 311<br>Faribault, MN 55021<br><7100-00   General Unsecured § 726(a)(2)> | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 |
| 29 | 06/16/17 | 610 | QWEST CORP<br>CENTURYLINK COMMUNICATIONS - BANKRUPTCY<br>220 N. 5TH STREET<br>BISMARCK, ND 58501<br><7100-00   General Unsecured § 726(a)(2)> | 900.00 | 900.00 | 0.00 | 900.00 | 0.00 |
| 31 | 07/21/17 | 610 | Duane Dietz<br>5861 NE 54th Ave<br>Owatonna, MN 55060<br><7100-00   General Unsecured § 726(a)(2)> | 430,756.10 | 430,756.10 | 0.00 | 430,756.10 | 0.00 |
| 33U | 08/01/17 | 610 | Bradley Watson<br>10344 Eagle Ave<br>Clear Lake, IA 50402<br><7100-00   General Unsecured § 726(a)(2)> | 107,150.00 | 107,150.00 | 0.00 | 107,150.00 | 0.00 |
| 35U | 08/07/17 | 610 | Meyer Manufacturing Corp<br>574 W Center Ave<br>PO Box 405<br>Dorchester, WI 54425<br><7100-00   General Unsecured § 726(a)(2)> | 231.99 | 231.99 | 0.00 | 231.99 | 0.00 |
| 37 | 08/30/17 | 610 | Bonde Farms, LLC<br>16751 Kane Ave<br>Nerstrand, MN 55053<br><7100-00   General Unsecured § 726(a)(2)> | 15,000.00 | 15,000.00 | 0.00 | 15,000.00 | 0.00 |
| | | | **Total for Priority 610:   0% Paid** | **$1,976,966.61** | **$1,975,371.46** | **$0.00** | **$1,975,371.46** | **$0.00** |
| 38U | 09/06/17 | 620 | Jim Hartson<br>59931 - 300th Street<br>Waltham, MN 55482<br><7200-00   Tardy General Unsecured § 726(a)(3)> | 58,150.00 | 58,150.00 | 0.00 | 58,150.00 | 0.00 |
| | | | **Priority 620:   0% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$2,035,116.61** | **$2,033,521.46** | **$0.00** | **$2,033,521.46** | **$0.00** |
| | | | **Total for Case :** | **$4,005,521.89** | **$4,003,765.74** | **$86,241.32** | **$3,917,524.42** | **$67,037.66** |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 17-30382
Case Name: ISAACSON IMPLEMENT COMPANY, INC.
Trustee Name: Mary Jo A. Jensen-Carter

**Balance on hand:**   $ 67,037.66

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| A | BREMER BANK, N.A. | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 6S | AGCO Corp | 1,506,805.06 | 1,506,805.06 | 0.00 | 0.00 |
| 11 | US Bank NA | 1,808.19 | 1,808.19 | 0.00 | 0.00 |
| 36 | Bank of The West | 5,704.29 | 5,704.29 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 67,037.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Mary Jo A. Jensen-Carter | 7,160.04 | 0.00 | 7,160.04 |
| Trustee, Expenses - Mary Jo A. Jensen-Carter | 1,285.78 | 0.00 | 1,285.78 |
| Attorney for Trustee, Fees - BUCKLEY & JENSEN | 32,861.50 | 0.00 | 32,861.50 |
| Accountant for Trustee, Fees - DAWN R. DETTLING, CPA | 3,325.00 | 0.00 | 3,325.00 |
| Auctioneer Fees - HENSLIN AUCTIONS, INC. | 50,146.14 | 50,146.14 | 0.00 |
| Auctioneer Expenses - HENSLIN AUCTIONS, INC. | 21,345.18 | 21,345.18 | 0.00 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |
| Auctioneer Fees - HENSLIN REAL ESTATE AND LAND, LLC | 12,750.00 | 12,750.00 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $ 45,282.32
Remaining balance:   $ 21,755.34

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for D-I-P Fees - LAPP LIBRA THOMSON STOEBNER & PUSCH | 16,717.00 | 0.00 | 7,373.00 |
| Other Expenses: CenturyLink Communications LLC | 57.46 | 0.00 | 25.34 |
| Other Expenses: Curts Truck / Diesel | 663.50 | 0.00 | 292.64 |
| Other Expenses: Frontier Communications | 293.76 | 0.00 | 129.56 |
| Other Expenses: Gerlach Service | 18,899.50 | 0.00 | 8,335.57 |
| Other Expenses: Meyer Manufacturing Corp | 16.18 | 0.00 | 7.14 |
| Other Expenses: Pantheon Computer Systems | 837.53 | 0.00 | 369.39 |
| Other Expenses: Praxair Distribution Inc | 4,327.39 | 0.00 | 1,908.58 |
| Other Expenses: QWEST CORP | 482.70 | 0.00 | 212.89 |
| Other Expenses: S1 Dist. Inc. | 700.94 | 0.00 | 309.15 |
| Other Expenses: The Parts Depot | 2,735.41 | 0.00 | 1,206.45 |
| Other Expenses: Tim Howie | 2,000.00 | 0.00 | 882.09 |
| Other Expenses: Ziegler Inc. | 1,595.15 | 0.00 | 703.54 |

Total to be paid for prior chapter administrative expenses:   $   21,755.34
Remaining balance:   $   0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $275,076.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3P | Internal Revenue Service | 267,816.42 | 0.00 | 0.00 |
| 5 | State of Minnesota | 0.00 | 0.00 | 0.00 |
| 33P | Bradley Watson | 2,850.00 | 0.00 | 0.00 |
| 34 | Robert Scherger | 1,560.16 | 0.00 | 0.00 |
| 38P | Jim Hartson | 2,850.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  | Total to be paid for priority claims: | $ | 0.00 |
|--|--|--|--|--|
|  |  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,975,371.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Geringhoff Dist., LLC | 8,353.60 | 0.00 | 0.00 |
| 2 | Judd, Ostermann & Demro, Ltd. | 13,176.67 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 60,903.39 | 0.00 | 0.00 |
| 4 | Herschel | 4,817.51 | 0.00 | 0.00 |
| 6U | AGCO Corp | 4,825.48 | 0.00 | 0.00 |
| 7 | RC&A Hart Farms | 47,700.00 | 0.00 | 0.00 |
| 8 | Montag Manufacturing | 10,601.98 | 0.00 | 0.00 |
| 9 | Wells Fargo Payment Remittance Ctr | 7,087.97 | 0.00 | 0.00 |
| 10 | Power Distributors LLC | 3,650.92 | 0.00 | 0.00 |
| 13 | Pantheon Computer Systems | 1,716.37 | 0.00 | 0.00 |
| 14 | Ziegler, Inc. | 0.00 | 0.00 | 0.00 |
| 15 | Ag Express Electronics | 379.49 | 0.00 | 0.00 |
| 17 | Herschel | 4,817.51 | 0.00 | 0.00 |
| 18 | Edney Distributing Company, Inc. | 237.02 | 0.00 | 0.00 |
| 21 | CenturyLink Communications LLC | 482.70 | 0.00 | 0.00 |
| 25 | Bremer Bank, National Association | 1,234,774.86 | 0.00 | 0.00 |
| 26 | NTS Tire Supply, LLC | 3,120.90 | 0.00 | 0.00 |
| 27 | Wells Fargo Commercial Finance | 9,687.00 | 0.00 | 0.00 |
| 28 | Richard Gabbert | 5,000.00 | 0.00 | 0.00 |
| 29 | QWEST CORP | 900.00 | 0.00 | 0.00 |
| 31 | Duane Dietz | 430,756.10 | 0.00 | 0.00 |
| 33U | Bradley Watson | 107,150.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 35U | Meyer Manufacturing Corp | 231.99 | 0.00 | 0.00 |
| 37 | Bonde Farms, LLC | 15,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 58,150.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 38U | Jim Hartson | 58,150.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**