# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: ISAACSON IMPLEMENT COMPANY, INC.  Case No. 17-30382
_____,  Chapter 7
Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mary Jo A. Jensen-Carter, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,148,567.36            Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $499,935.61     Claims Discharged
                                                 Without Payment: $2,940,326.16

Total Expenses of Administration: $180,778.11

---

3) Total gross receipts of $ 680,713.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $680,713.72 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,933,494.63 | $2,014,253.15 | $2,014,253.15 | $499,935.61 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 159,022.77 | 159,022.77 | 159,022.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 49,326.52 | 49,326.52 | 21,755.34 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 345,421.79 | 275,237.58 | 275,076.58 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,620,958.00 | 2,035,116.61 | 2,033,521.46 | 0.00 |
| **TOTAL DISBURSEMENTS** | $5,899,874.42 | $4,532,956.63 | $4,531,200.48 | $680,713.72 |

4) This case was originally filed under Chapter 7 on February 10, 2017. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/04/2019   By: /s/Mary Jo A. Jensen-Carter
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Security State Bank of Kenyon - Checking | 1129-000 | 2,314.64 |
| Accounts receivable | 1121-000 | 261.80 |
| Used machinery | 1129-000 | 378,049.71 |
| Post conversion sales and petty cash | 1229-000 | 5,960.13 |
| Bremer Bank's contribution to admin expenses | 1229-000 | 326.50 |
| 2014 GMC Sierra | 1229-000 | 21,647.81 |
| Real estate - Parcel #1 | 1210-000 | 56,180.00 |
| Landoll Haul All Implement Trailer | 1229-000 | 31,213.13 |
| Real estate - Parcel #2 | 1210-000 | 24,380.00 |
| Real estate - Parcel #3 | 1210-000 | 121,370.00 |
| Real estate - Parcel #4 | 1210-000 | 23,320.00 |
| DIP Operating account at Bremer | 1129-000 | 2,500.00 |
| Real estate - Parcel #5 - Osmundson land | 1210-000 | 1,500.00 |
| Settlement regarding debtor's attorney fees | 1229-000 | 5,518.00 |
| Refund from Hibu (formerly known as Yellowbook) | 1229-000 | 172.00 |
| Remnant Assets | 1229-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$680,713.72** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| A | BREMER BANK, N.A. | 4210-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| 6S | AGCO Corp | 4210-000 | 1,431,188.30 | 1,506,805.06 | 1,506,805.06 | 0.00 |
| 11 | US Bank NA | 4210-000 | N/A | 1,808.19 | 1,808.19 | 0.00 |
| 36 | Bank of The West | 4210-000 | N/A | 5,704.29 | 5,704.29 | 0.00 |
| NOTFILED | Bremer Bank | 4110-000 | 177,972.20 | N/A | N/A | 0.00 |
| NOTFILED | Bremer Bank | 4110-000 | 1,059,045.75 | N/A | N/A | 0.00 |
| NOTFILED | TCF Inventory Finance, Inc. | 4110-000 | 74,347.63 | N/A | N/A | 0.00 |
| NOTFILED | Bremer Bank | 4210-000 | 190,940.75 | N/A | N/A | 0.00 |
|  | BREMER BANK | 4210-002 | N/A | 300,473.18 | 300,473.18 | 300,473.18 |
|  | BREMER BANK | 4110-002 | N/A | 197,462.43 | 197,462.43 | 197,462.43 |
| **TOTAL SECURED CLAIMS** | | | **$2,933,494.63** | **$2,014,253.15** | **$2,014,253.15** | **$499,935.61** |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Mary Jo A. Jensen-Carter | 2100-000 | N/A | 7,160.04 | 7,160.04 | 7,160.04 |
| Trustee Expenses - Mary Jo A. Jensen-Carter | 2200-000 | N/A | 1,285.78 | 1,285.78 | 1,285.78 |
| Attorney for Trustee Fees (Trustee Firm) - BUCKLEY & JENSEN | 3110-000 | N/A | 32,861.50 | 32,861.50 | 32,861.50 |
| Other - DAWN R. DETTLING, CPA | 3410-000 | N/A | 3,325.00 | 3,325.00 | 3,325.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - HENSLIN REAL ESTATE AND | 3610-000 | N/A | 12,750.00 | 12,750.00 | 12,750.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - HENSLIN AUCTIONS, INC. | 3610-000 | N/A | 50,146.14 | 50,146.14 | 50,146.14 |
| Auctioneer for Trustee Expenses - HENSLIN AUCTIONS, INC. | 3620-000 | N/A | 21,345.18 | 21,345.18 | 21,345.18 |
| U.S. Trustee Quarterly Fees - U.S. Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - ALMEN'S GLASS & LOCK | 2420-000 | N/A | 397.02 | 397.02 | 397.02 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.81 | 2.81 | 2.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - FedEx | 2990-000 | N/A | 35.27 | 35.27 | 35.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.68 | 11.68 | 11.68 |
| Other - Xcel Energy | 2990-000 | N/A | 653.00 | 653.00 | 653.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - FedEx | 2990-000 | N/A | 22.50 | 22.50 | 22.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.27 | 11.27 | 11.27 |
| Other - LAND TITLE, INC. | 2500-000 | N/A | 113.00 | 113.00 | 113.00 |
| Other - Xcel Energy | 2990-000 | N/A | 654.21 | 654.21 | 654.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.19 | 12.19 | 12.19 |
| Other - FedEx | 2990-000 | N/A | 25.39 | 25.39 | 25.39 |
| Other - Buckley & Jensen | 2990-000 | N/A | 1,893.36 | 1,893.36 | 1,893.36 |
| Other - MINNESOTA REVENUE | 2820-000 | N/A | 13,026.00 | 13,026.00 | 13,026.00 |
| Other - RICE COUNTY | 2820-000 | N/A | 1,465.24 | 1,465.24 | 1,465.24 |
| Other - LAND TITLE | 2500-000 | N/A | 825.39 | 825.39 | 825.39 |
| Other - RICE COUNTY | 2820-000 | N/A | 1,510.07 | 1,510.07 | 1,510.07 |
| Other - LAND TITLE | 2500-000 | N/A | 720.45 | 720.45 | 720.45 |
| Other - RICE COUNTY | 2820-000 | N/A | 2,944.40 | 2,944.40 | 2,944.40 |
| Other - LAND TITLE | 2500-000 | N/A | 1,040.52 | 1,040.52 | 1,040.52 |
| Other - RICE COUNTY | 2820-000 | N/A | 814.54 | 814.54 | 814.54 |
| Other - LAND TITLE | 2500-000 | N/A | 716.96 | 716.96 | 716.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 241.78 | 241.78 | 241.78 |
| Other - BUCKLEY & JENSEN | 2990-000 | N/A | 234.50 | 234.50 | 234.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 118.60 | 118.60 | 118.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.35 | 85.35 | 85.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.48 | 88.48 | 88.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 102.35 | 102.35 | 102.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 86.89 | 86.89 | 86.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.02 | 93.02 | 93.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 89.79 | 89.79 | 89.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 102.04 | 102.04 | 102.04 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 20.54 | 20.54 | 20.54 |
| Other - Buckley & Jensen | 2990-000 | N/A | 334.96 | 334.96 | 334.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 89.25 | 89.25 | 89.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.58 | 105.58 | 105.58 |
| Other - MINNESOTA REVENUE | 2820-000 | N/A | 647.00 | 647.00 | 647.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 101.78 | 101.78 | 101.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 51.95 | 51.95 | 51.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $159,022.77 | $159,022.77 | $159,022.77 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LAPP LIBRA THOMSON STOEBNER & PUSCH | 6700-000 | N/A | 16,717.00 | 16,717.00 | 7,373.00 |
| Curts Truck / Diesel | 6910-000 | N/A | 663.50 | 663.50 | 292.64 |
| Pantheon Computer Systems | 6910-000 | N/A | 837.53 | 837.53 | 369.39 |
| Ziegler Inc. | 6910-000 | N/A | 1,595.15 | 1,595.15 | 703.54 |
| Gerlach Service | 6910-000 | N/A | 18,899.50 | 18,899.50 | 8,335.57 |
| CenturyLink Communications LLC | 6910-000 | N/A | 57.46 | 57.46 | 25.34 |
| S1 Dist. Inc. | 6910-000 | N/A | 700.94 | 700.94 | 309.15 |
| Tim Howie | 6910-000 | N/A | 2,000.00 | 2,000.00 | 882.09 |
| Praxair Distribution Inc | 6910-000 | N/A | 4,327.39 | 4,327.39 | 1,908.58 |
| QWEST CORP | 6910-000 | N/A | 482.70 | 482.70 | 212.89 |
| The Parts Depot | 6910-000 | N/A | 2,735.41 | 2,735.41 | 1,206.45 |
| Frontier Communications | 6910-000 | N/A | 293.76 | 293.76 | 129.56 |
| Meyer Manufacturing Corp | 6910-000 | N/A | 16.18 | 16.18 | 7.14 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $49,326.52 | $49,326.52 | $21,755.34 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | N/A | 267,816.42 | 267,816.42 | 0.00 |
| 5 | State of Minnesota | 5800-000 | N/A | 161.00 | 0.00 | 0.00 |
| 33P | Bradley Watson | 5600-000 | 110,000.00 | 2,850.00 | 2,850.00 | 0.00 |
| 34 | Robert Scherger | 5600-000 | 1,560.16 | 1,560.16 | 1,560.16 | 0.00 |
| 38P | Jim Hartson | 5600-000 | N/A | 2,850.00 | 2,850.00 | 0.00 |
| NOTFILED | Internal Revenue Service | 5200-000 | 188,209.81 | N/A | N/A | 0.00 |
| NOTFILED | Dady & Gardner, PA | 5200-000 | 7,706.23 | N/A | N/A | 0.00 |
| NOTFILED | Jeff Beer | 5600-000 | 674.46 | N/A | N/A | 0.00 |
| NOTFILED | George Gary Cordes | 5600-000 | 126.04 | N/A | N/A | 0.00 |
| NOTFILED | Ivan Herrlich | 5600-000 | 1,008.37 | N/A | N/A | 0.00 |
| NOTFILED | Johnson Farm | 5600-000 | 3,700.95 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Gary Patterson | 5600-000 | 378.22 | N/A | N/A | 0.00 |
| NOTFILED | Craig Keller | 5600-000 | 8,018.92 | N/A | N/A | 0.00 |
| NOTFILED | Fred Rose | 5600-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | Gary Dannhoff | 5600-000 | 7,345.11 | N/A | N/A | 0.00 |
| NOTFILED | Donkers Farm, LLC | 5600-000 | 1,013.37 | N/A | N/A | 0.00 |
| NOTFILED | G&L Swanson Farms, Inc. | 5600-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | Brad Covert | 5600-000 | 31.87 | N/A | N/A | 0.00 |
| NOTFILED | Randy Korbel | 5600-000 | 26.95 | N/A | N/A | 0.00 |
| NOTFILED | Ralph Sullivan | 5600-000 | 999.79 | N/A | N/A | 0.00 |
| NOTFILED | Robert Groth | 5600-000 | 737.91 | N/A | N/A | 0.00 |
| NOTFILED | Sean Kyllo | 5600-000 | 126.12 | N/A | N/A | 0.00 |
| NOTFILED | Tim Mulvihill | 5600-000 | 44.88 | N/A | N/A | 0.00 |
| NOTFILED | Steve Lurken | 5600-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Craig and Richard Hanson | 5600-000 | 774.13 | N/A | N/A | 0.00 |
| NOTFILED | Paul Churchill | 5600-000 | 36.57 | N/A | N/A | 0.00 |
| NOTFILED | Olson Farms | 5600-000 | 27.61 | N/A | N/A | 0.00 |
| NOTFILED | Charles Friedges | 5600-000 | 25.69 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Lindstrom | 5600-000 | 271.36 | N/A | N/A | 0.00 |
| NOTFILED | Michael P. Pleschourt | 5600-000 | 63.26 | N/A | N/A | 0.00 |
| NOTFILED | Brian Kanne | 5600-000 | 27.83 | N/A | N/A | 0.00 |
| NOTFILED | MC Hattie Farms, Inc. | 5600-000 | 465.84 | N/A | N/A | 0.00 |
| NOTFILED | Les Anderson | 5600-000 | 126.51 | N/A | N/A | 0.00 |
| NOTFILED | Larry Flom | 5600-000 | 4,653.83 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$345,421.79** | **$275,237.58** | **$275,076.58** | **$0.00** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Geringhoff Dist., LLC | 7100-000 | 8,353.60 | 8,353.60 | 8,353.60 | 0.00 |
| 2 | Judd, Ostermann & Demro, Ltd. | 7100-000 | 13,176.67 | 13,176.67 | 13,176.67 | 0.00 |
| 3U | Internal Revenue Service | 7100-000 | 188,209.81 | 60,903.39 | 60,903.39 | 0.00 |
| 4 | Herschel | 7100-000 | N/A | 4,817.51 | 4,817.51 | 0.00 |
| 6U | AGCO Corp | 7100-000 | 1,469,456.28 | 4,825.48 | 4,825.48 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | RC&A Hart Farms | 7100-000 | 42,995.88 | 47,700.00 | 47,700.00 | 0.00 |
| 8 | Montag Manufacturing | 7100-000 | 9,601.98 | 10,601.98 | 10,601.98 | 0.00 |
| 9 | Wells Fargo Payment Remittance Ctr | 7100-000 | 31,600.00 | 7,087.97 | 7,087.97 | 0.00 |
| 10 | Power Distributors LLC | 7100-000 | 3,650.92 | 3,650.92 | 3,650.92 | 0.00 |
| 13 | Pantheon Computer Systems | 7100-000 | 2,494.84 | 1,716.37 | 1,716.37 | 0.00 |
| 14 | Ziegler, Inc. | 7100-000 | N/A | 1,595.15 | 0.00 | 0.00 |
| 15 | Ag Express Electronics | 7100-000 | N/A | 379.49 | 379.49 | 0.00 |
| 17 | Herschel | 7100-000 | 5,162.22 | 4,817.51 | 4,817.51 | 0.00 |
| 18 | Edney Distributing Company, Inc. | 7100-000 | N/A | 237.02 | 237.02 | 0.00 |
| 21 | CenturyLink Communications LLC | 7100-000 | N/A | 482.70 | 482.70 | 0.00 |
| 25 | Bremer Bank, National Association | 7100-000 | N/A | 1,234,774.86 | 1,234,774.86 | 0.00 |
| 26 | NTS Tire Supply, LLC | 7100-000 | N/A | 3,120.90 | 3,120.90 | 0.00 |
| 27 | Wells Fargo Commercial Finance | 7100-000 | N/A | 9,687.00 | 9,687.00 | 0.00 |
| 28 | Richard Gabbert | 7100-000 | N/A | 5,000.00 | 5,000.00 | 0.00 |
| 29 | QWEST CORP | 7100-000 | N/A | 900.00 | 900.00 | 0.00 |
| 31 | Duane Dietz | 7100-000 | 430,756.10 | 430,756.10 | 430,756.10 | 0.00 |
| 33U | Bradley Watson | 7100-000 | N/A | 107,150.00 | 107,150.00 | 0.00 |
| 35U | Meyer Manufacturing Corp | 7100-000 | 2,633.21 | 231.99 | 231.99 | 0.00 |
| 37 | Bonde Farms, LLC | 7100-000 | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 |
| 38U | Jim Hartson | 7200-000 | N/A | 58,150.00 | 58,150.00 | 0.00 |
| NOTFILED | Milton Olson | 7100-000 | 175,857.95 | N/A | N/A | 0.00 |
| NOTFILED | KOWZ Radio | 7100-000 | 14,160.00 | N/A | N/A | 0.00 |
| NOTFILED | Meyer's Equipment Mfg | 7100-000 | 2,633.21 | N/A | N/A | 0.00 |
| NOTFILED | Randy Braaten | 7100-000 | 21,216.05 | N/A | N/A | 0.00 |
| NOTFILED | Trimble Rav. Ltd. | 7100-000 | 7,264.83 | N/A | N/A | 0.00 |
| NOTFILED | Community CO-OP Oil Assn. | 7100-000 | 9,674.59 | N/A | N/A | 0.00 |
| NOTFILED | Chad Ryan mfg | 7100-000 | 12,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Crary Ind. | 7100-000 | 5,321.25 | N/A | N/A | 0.00 |
| NOTFILED | David Isaacson | 7100-000 | 21,032.07 | N/A | N/A | 0.00 |
| NOTFILED | E-Z Trail Inc. | 7100-000 | 1,827.92 | N/A | N/A | 0.00 |
| NOTFILED | Don Herrlich | 7100-000 | 53,040.13 | N/A | N/A | 0.00 |
| NOTFILED | Burns Ind. Supply | 7100-000 | 9,428.61 | N/A | N/A | 0.00 |
| NOTFILED | AMVAC Chemical | 7100-000 | 7,736.58 | N/A | N/A | 0.00 |
| NOTFILED | Buhler Versatile | 7100-000 | 20,189.37 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Harvest International | 7100-000 | 36,183.93 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,620,958.00 | $2,035,116.61 | $2,033,521.46 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30382  **Trustee:** (430110) Mary Jo A. Jensen-Carter
**Case Name:** ISAACSON IMPLEMENT COMPANY, INC.  **Filed (f) or Converted (c):** 05/08/17 (c)
  **§341(a) Meeting Date:** 06/01/17
**Period Ending:** 02/04/19  **Claims Bar Date:** 08/30/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Security State Bank of Kenyon - Checking | 807.09 | 2,314.64 | | 2,314.64 | FA |
| 2 | Lake Country Community Bank - Savings<br>  (closed during Chapter 11) | 411.33 | 0.00 | | 0.00 | FA |
| 3 | Accounts receivable | 29,338.26 | 261.80 | | 261.80 | FA |
| 4 | Accounts receivable - over 90 days | 3,463.44 | 0.00 | | 0.00 | FA |
| 5 | Trimble inventory | 352,149.59 | 0.00 | | 0.00 | FA |
| 6 | Company vehicles, trailers and forklifts | 360,000.00 | 0.00 | | 0.00 | FA |
| 7 | Company signs AGCO, Versatile, Kinze | 16,000.00 | 0.00 | | 0.00 | FA |
| 8 | Special tools for shop - AGCO | 111,950.00 | 0.00 | | 0.00 | FA |
| 9 | Tires and wheels | 34,815.00 | 0.00 | | 0.00 | FA |
| 10 | New equipment - ALL BRANDS | 37,075.00 | 0.00 | | 0.00 | FA |
| 11 | New parts - ALL BRANDS | 801,288.03 | 0.00 | | 0.00 | FA |
| 12 | Used parts | 46,890.00 | 0.00 | | 0.00 | FA |
| 13 | Used machinery<br>  We only get commission on $20,000 | 1,212,399.00 | 20,000.00 | | 378,049.71 | FA |
| 14 | Used machinery on floor plan | 705,102.57 | 0.00 | | 0.00 | FA |
| 15 | New machinery on floor plan | 514,632.40 | 0.00 | | 0.00 | FA |
| 16 | Post conversion sales and petty cash  (u) | 5,960.13 | 5,960.13 | | 5,960.13 | FA |
| 17 | Bremer Bank's contribution to admin expenses  (u) | 326.50 | 326.50 | | 326.50 | FA |
| 18 | 2014 GMC Sierra  (u)<br>  We get commission on the full amount | 21,647.81 | 21,647.81 | | 21,647.81 | FA |
| 19 | Real estate - Parcel #1  (u) | 56,180.00 | 1,000.00 | | 56,180.00 | FA |
| 20 | Landoll Haul All Implement Trailer  (u)<br>  We only get commission on $7,000 | 31,213.13 | 7,000.00 | | 31,213.13 | FA |
| 21 | Real estate - Parcel #2  (u) | 24,380.00 | 1,000.00 | | 24,380.00 | FA |
| 22 | Real estate - Parcel #3  (u) | 121,370.00 | 1,000.00 | | 121,370.00 | FA |
| 23 | Real estate - Parcel #4  (u) | 23,320.00 | 2,000.00 | | 23,320.00 | FA |
| 24 | DIP Operating account at Bremer | 21,598.77 | 2,500.00 | | 2,500.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-30382  
**Case Name:** ISAACSON IMPLEMENT COMPANY, INC.

**Trustee:** (430110) Mary Jo A. Jensen-Carter  
**Filed (f) or Converted (c):** 05/08/17 (c)  
**§341(a) Meeting Date:** 06/01/17

**Period Ending:** 02/04/19

**Claims Bar Date:** 08/30/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | **Petition/<br>Unscheduled<br>Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property<br>Abandoned<br>OA=§554(a)** | **Sale/Funds<br>Received by<br>the Estate** | **Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets** |
| 25  Real estate - Parcel #5 - Osmundson land  (u) | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 26  Settlement regarding debtor's attorney fees  (u) | 5,518.00 | 5,518.00 | | 5,518.00 | FA |
| 27  Refund from Hibu (formerly known as Yellowbook)  (u) | 172.00 | 172.00 | | 172.00 | FA |
| 28  Remnant Assets  (u)<br>     Lien: Bremer Bank - $2,000 | 6,000.00 | 4,000.00 | | 6,000.00 | FA |
| 29  DIP AGCO account at Bremer Bank | 164,790.00 | 0.00 | | 0.00 | FA |
| 30  DIP TCF account | 0.00 | 0.00 | | 0.00 | FA |
| 31  DIP Bremer Collateral Account | 0.00 | 0.00 | | 0.00 | FA |
| **31  Assets  Totals** (Excluding unknown values) | **$4,710,298.05** | **$76,200.88** | | **$680,713.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

    FINAL ACCOUNT AFTER DISTRIBUTION 2-4-19

**Initial Projected Date Of Final Report (TFR):**  December 31, 2018      **Current Projected Date Of Final Report (TFR):**  November 2, 2018  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30382  
**Case Name:** ISAACSON IMPLEMENT COMPANY, INC.

**Taxpayer ID #:** **-***7265  
**Period Ending:** 02/04/19

**Trustee:** Mary Jo A. Jensen-Carter (430110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $26,510,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/17 | {16} | DARRELL A. PLESCHOURT | POST CONVERSION SALE | 1229-000 | 158.11 | | 158.11 |
| 05/10/17 | {16} | ISAACSON IMPLEMENT COMPANY, INC. | CASH REGISTER AND PETTY CASH FUNDS | 1229-000 | 266.25 | | 424.36 |
| 05/12/17 | {16} | ISAACSON IMPLEMENT COMPANY, INC. | PETTY CASH | 1229-000 | 123.48 | | 547.84 |
| 05/12/17 | {16} | MARTIN SHROYER | POST CONVERSION SALES | 1229-000 | 137.81 | | 685.65 |
| 05/12/17 | {16} | DONALD & BETH HOLMES | POST CONVERSION SALES | 1229-000 | 1,376.79 | | 2,062.44 |
| 05/12/17 | {16} | ROGER & JEANNIE HERRICK | POST CONVERSION SALES | 1229-000 | 1,926.10 | | 3,988.54 |
| 05/12/17 | {16} | RICK & DAWN VAN ZUILEN | POST CONVERSION SALES | 1229-000 | 1,971.59 | | 5,960.13 |
| 05/12/17 | {3} | CHARLES & TERESA NIEBUR | ACCOUNTS RECEIVABLE | 1121-000 | 261.80 | | 6,221.93 |
| 05/12/17 | 101 | ALMEN'S GLASS & LOCK | INVOICE NO. 31611 | 2420-000 | | 397.02 | 5,824.91 |
| 05/16/17 | {1} | SECURITY STATE BANK | BANK ACCOUNT BALANCE | 1129-000 | 2,314.64 | | 8,139.55 |
| 05/26/17 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/26/2017 FOR CASE #17-30382, BOND # 016018055 | 2300-000 | | 2.81 | 8,136.74 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,126.74 |
| 06/27/17 | 103 | FedEx | INVOICE NO. 5-841-22635; ACCOUNT NO. 1337-3101-6 | 2990-000 | | 35.27 | 8,091.47 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.68 | 8,079.79 |
| 07/19/17 | 104 | Xcel Energy | Account No. 51-5150928-3 | 2990-000 | | 653.00 | 7,426.79 |
| 07/20/17 | {17} | STEIN & MOORE, P.A. | BREMER BANK'S CONTRIBUTION TO ADMINISTRATIVE EXPENSES~ | 1229-000 | 326.50 | | 7,753.29 |
| 07/31/17 | 105 | FedEx | INVOICE NO. 5-877-86378; ACCOUNT NO. 1337-3101-6 | 2990-000 | | 22.50 | 7,730.79 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.27 | 7,719.52 |
| 08/17/17 | 106 | LAND TITLE, INC. | INVOICE NO. 36111 | 2500-000 | | 113.00 | 7,606.52 |
| 08/30/17 | 107 | Xcel Energy | Account No. 51-5150928-3 | 2990-000 | | 654.21 | 6,952.31 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.19 | 6,940.12 |
| 09/07/17 | | HENSLIN AUCTIONS, INC. | 2014 GMC SIERRA | | 18,920.00 | | 25,860.12 |
| | {18} | HENSLIN AUCTIONS, INC. | 2014 GMC SIERRA  21,500.00 | 1229-000 | | | 25,860.12 |
| | | HENSLIN AUCTIONS, INC. | COMMISSION  -2,580.00 | 3610-000 | | | 25,860.12 |
| 09/07/17 | | HENSLIN AUCTIONS, INC. | LANDOLL HAUL ALL IMPLEMENT TRAILER | | 27,280.00 | | 53,140.12 |
| | {20} | HENSLIN AUCTIONS, INC. | LANDOLL HAUL ALL  31,000.00<br>IMPLEMENT TRAILER | 1229-000 | | | 53,140.12 |
| | | HENSLIN AUCTIONS, INC. | COMMISSION  -3,720.00 | 3610-000 | | | 53,140.12 |
| 09/07/17 | | HENSLIN AUCTIONS, INC. | MACHINERY | | 300,193.18 | | 353,333.30 |
| | {13} | HENSLIN AUCTIONS, INC. | MACHINERY  365,384.50 | 1129-000 | | | 353,333.30 |

Subtotals: $355,256.25  $1,922.95

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30382  
**Case Name:** ISAACSON IMPLEMENT COMPANY, INC.

**Taxpayer ID #:** **-***7265  
**Period Ending:** 02/04/19

**Trustee:** Mary Jo A. Jensen-Carter (430110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $26,510,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | HENSLIN AUCTIONS, INC. | COMMISSION | -43,846.14 | 3610-000 | | | 353,333.30 |
| | | HENSLIN AUCTIONS, INC. | EXPENSES | -21,345.18 | 3620-000 | | | 353,333.30 |
| 09/11/17 | | HENSLIN AUCTIONS, INC. | SALES TAX ON AUCTION SALE | | | 13,026.15 | | 366,359.45 |
| | {20} | | SALES TAX | 213.13 | 1229-000 | | | 366,359.45 |
| | {18} | | SALES TAX | 147.81 | 1229-000 | | | 366,359.45 |
| | {13} | | SALES TAX | 12,665.21 | 1129-000 | | | 366,359.45 |
| 09/11/17 | 108 | FedEx | INVOICE NO. 5-921-26122; ACCOUNT NO. 1337-3101-6 | | 2990-000 | | 25.39 | 366,334.06 |
| 09/12/17 | 109 | BREMER BANK | SECURITY INTEREST IN AUCTION PROCEEDS | | 4210-002 | | 300,473.18 | 65,860.88 |
| 09/13/17 | 110 | Buckley & Jensen | Certificate of Service fees June 23, 2017 through August 21, 2017 | | 2990-000 | | 1,893.36 | 63,967.52 |
| 09/14/17 | 111 | MINNESOTA REVENUE | SALES TAX ON AUCTION | | 2820-000 | | 13,026.00 | 50,941.52 |
| 09/20/17 | | LAND TITLE | REAL ESTATE - PARCEL #1 | | | 50,709.37 | | 101,650.89 |
| | {19} | LAND TITLE | REAL ESTATE - PARCEL #1 | 56,180.00 | 1210-000 | | | 101,650.89 |
| | | HENSLIN REAL ESTATE AND LAND, LLC | BUYER'S PREMIUM | -3,180.00 | 3610-000 | | | 101,650.89 |
| | | RICE COUNTY | PROPERTY TAX | -1,465.24 | 2820-000 | | | 101,650.89 |
| | | LAND TITLE | CLOSING COSTS | -825.39 | 2500-000 | | | 101,650.89 |
| 09/20/17 | | LAND TITLE | REAL ESTATE - PARCEL #2 | | | 20,769.48 | | 122,420.37 |
| | {21} | LAND TITLE | REAL ESTATE - PARCEL #2 | 24,380.00 | 1210-000 | | | 122,420.37 |
| | | HENSLIN REAL ESTATE AND LAND, LLC | BUYER'S PREMIUM | -1,380.00 | 3610-000 | | | 122,420.37 |
| | | RICE COUNTY | PROPERTY TAX | -1,510.07 | 2820-000 | | | 122,420.37 |
| | | LAND TITLE | CLOSING COSTS | -720.45 | 2500-000 | | | 122,420.37 |
| 09/20/17 | | LAND TITLE | REAL ESTATE - PARCEL #3 | | | 110,515.08 | | 232,935.45 |
| | {22} | LAND TITLE | REAL ESTATE - PARCEL #3 | 121,370.00 | 1210-000 | | | 232,935.45 |
| | | HENSLIN REAL ESTATE AND LAND, LLC | BUYER'S PREMIUM | -6,870.00 | 3610-000 | | | 232,935.45 |
| | | RICE COUNTY | PROPERTY TAX | -2,944.40 | 2820-000 | | | 232,935.45 |
| | | LAND TITLE | CLOSING COSTS | -1,040.52 | 2500-000 | | | 232,935.45 |
| 09/20/17 | | LAND TITLE | REAL ESTATE - PARCEL #4 | | | 20,468.50 | | 253,403.95 |
| | {23} | LAND TITLE | REAL ESTATE - PARCEL #4 | 23,320.00 | 1210-000 | | | 253,403.95 |
| | | HENSLIN REAL ESTATE AND | BUYER'S PREMIUM | -1,320.00 | 3610-000 | | | 253,403.95 |

Subtotals : $215,488.58 $315,417.93

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30382  
**Case Name:** ISAACSON IMPLEMENT COMPANY, INC.  
**Taxpayer ID #:** **-***7265  
**Period Ending:** 02/04/19  

**Trustee:** Mary Jo A. Jensen-Carter (430110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $26,510,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | LAND, LLC | | | | | |
| | | RICE COUNTY | PROPERTY TAX     -814.54 | 2820-000 | | | 253,403.95 |
| | | LAND TITLE | CLOSING COSTS     -716.96 | 2500-000 | | | 253,403.95 |
| 09/28/17 | 112 | BREMER BANK | AMOUNT DUE TO BANK FROM SALE OF REAL ESTATE PARCELS 1 - 4 | 4110-002 | | 197,462.43 | 55,941.52 |
| 09/29/17 | {24} | BREMER BANK | DEBTOR IN POSSESSION ACCOUNT AT BREMER | 1129-000 | 2,500.00 | | 58,441.52 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 241.78 | 58,199.74 |
| 10/10/17 | {25} | DETTLING BULK MILK HAULING | REAL ESTATE - PARCEL #5 | 1210-000 | 1,500.00 | | 59,699.74 |
| 10/13/17 | 113 | BUCKLEY & JENSEN | Certified copies from Bankruptcy Court (9-15-17 to 9-21-17) | 2990-000 | | 234.50 | 59,465.24 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.60 | 59,346.64 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.35 | 59,261.29 |
| 12/04/17 | {26} | LAPP LIBRA THOMSON STOEBNER PUSCH | SETTLEMENT OF DEBTOR'S ATTORNEYS FEES | 1229-000 | 5,518.00 | | 64,779.29 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.48 | 64,690.81 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.35 | 64,588.46 |
| 02/02/18 | {27} | HIBU, INC. | REFUND OF CREDIT BALANCE | 1229-000 | 172.00 | | 64,760.46 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.89 | 64,673.57 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.02 | 64,580.55 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.79 | 64,490.76 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.04 | 64,388.72 |
| 06/06/18 | 114 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/06/2018 FOR CASE #17-30382, BOND NUMBER 016018054 | 2300-000 | | 20.54 | 64,368.18 |
| 06/11/18 | 115 | Buckley & Jensen | Court filing Fee for Docket #142 and Certificate of Service fees for Docket #143 | 2990-000 | | 334.96 | 64,033.22 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.25 | 63,943.97 |
| 07/03/18 | {28} | OAK POINT PARTNERS | REMNANT ASSETS | 1229-000 | 6,000.00 | | 69,943.97 |
| 07/09/18 | 116 | BREMER BANK, N.A. | SECURED LIEN ON THE REMNANT ASSETS | 4210-000 | | 2,000.00 | 67,943.97 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.58 | 67,838.39 |
| 08/20/18 | 117 | MINNESOTA REVENUE | EIN 41-0947265, FORM M8, 12/31/17 | 2820-000 | | 647.00 | 67,191.39 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.78 | 67,089.61 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.95 | 67,037.66 |
| 11/30/18 | 118 | BUCKLEY & JENSEN | Dividend paid 100.00% on $32,861.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 32,861.50 | 34,176.16 |

Subtotals :  $15,690.00    $234,917.79

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30382  
**Case Name:** ISAACSON IMPLEMENT COMPANY, INC.  
**Taxpayer ID #:** **-***7265  
**Period Ending:** 02/04/19

**Trustee:** Mary Jo A. Jensen-Carter (430110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $26,510,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/18 | 119 | DAWN R. DETTLING, CPA | Dividend paid 100.00% on $3,325.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,325.00 | 30,851.16 |
| 11/30/18 | 120 | U.S. Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 650.00 | 30,201.16 |
| 11/30/18 | 121 | LAPP LIBRA THOMSON STOEBNER & PUSCH | Dividend paid 44.10% on $16,717.00, Attorney for D-I-P Fees (Chapter 11); Reference: | 6700-000 | | 7,373.00 | 22,828.16 |
| 11/30/18 | 122 | Curts Truck / Diesel | Dividend paid 44.10% on $663.50, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 292.64 | 22,535.52 |
| 11/30/18 | 123 | Pantheon Computer Systems | Dividend paid 44.10% on $837.53, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 369.39 | 22,166.13 |
| 11/30/18 | 124 | Ziegler Inc. | Dividend paid 44.10% on $1,595.15, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 703.54 | 21,462.59 |
| 11/30/18 | 125 | Gerlach Service | Dividend paid 44.10% on $18,899.50, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 8,335.57 | 13,127.02 |
| 11/30/18 | 126 | CenturyLink Communications LLC | Dividend paid 44.10% on $57.46, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 25.34 | 13,101.68 |
| 11/30/18 | 127 | S1 Dist. Inc. | Dividend paid 44.10% on $700.94, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 309.15 | 12,792.53 |
| 11/30/18 | 128 | Tim Howie | Dividend paid 44.10% on $2,000.00, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 882.09 | 11,910.44 |
| 11/30/18 | 129 | Praxair Distribution Inc | Dividend paid 44.10% on $4,327.39, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 1,908.58 | 10,001.86 |
| 11/30/18 | 130 | QWEST CORP | Dividend paid 44.10% on $482.70, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 212.89 | 9,788.97 |
| 11/30/18 | 131 | The Parts Depot | Dividend paid 44.10% on $2,735.41, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 1,206.45 | 8,582.52 |
| 11/30/18 | 132 | Frontier Communications | Dividend paid 44.10% on $293.76, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 129.56 | 8,452.96 |
| 11/30/18 | 133 | Meyer Manufacturing Corp | Dividend paid 44.10% on $16.18, Trade Debt (Chapter 11);  Reference: | 6910-000 | | 7.14 | 8,445.82 |
| 11/30/18 | 134 | Mary Jo A. Jensen-Carter | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 8,445.82 | 0.00 |
| | | | Dividend paid 100.00% on $7,160.04;  Claim# ; Filed: $7,160.04       7,160.04 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%       1,285.78 | 2200-000 | | | 0.00 |

Subtotals :                                                                                       $0.00              $34,176.16

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30382  
**Case Name:** ISAACSON IMPLEMENT COMPANY, INC.

**Taxpayer ID #:** **-***7265  
**Period Ending:** 02/04/19

**Trustee:** Mary Jo A. Jensen-Carter (430110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8266 - Checking Account  
**Blanket Bond:** $26,510,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,285.78; Claim# ; Filed: $1,285.78 | | | | |
| | | | **ACCOUNT TOTALS** | | 586,434.83 | 586,434.83 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 586,434.83 | 586,434.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$586,434.83** | **$586,434.83** | |

```
Net Receipts :               586,434.83
Plus Gross Adjustments :      94,278.89
Less Other Noncompensable Items : 497,935.61
                             _____
Net Estate :                 $182,778.11
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8266** | 586,434.83 | 586,434.83 | 0.00 |
| | **$586,434.83** | **$586,434.83** | **$0.00** |

{} Asset reference(s)